119 P.3d 1146

# SUPREME COURT OF HAWAI'I

| | | | | |
|---|---|---|---|---|
| Doe Children, In re | 26080, 26739 | 08/25/2005 | Denied | 108 Hawai'i 134, 117 P.3d 866 |